**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-1433

EFRAÍN MARTÍNEZ-CLASS; MILAGROS LÓPEZ-LÓPEZ;
CONJUGAL PARTNERSHIP MARTÍNEZ-LÓPEZ,

Plaintiffs, Appellants,

v.

RANGER AMERICAN ARMORED SERVICES, INC.,
A-Z INS. CO.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

[Hon. Salvador E. Casellas, U.S. District Judge]

Before

Torruella, Selya and Lipez,
Circuit Judges.

Benito Gutiérrez-Díaz, for appellants.
Howard Pravda, with whom Goldman Antonetti & Córdova, PSC, was on brief, for appellees.

March 18, 2004

**Per Curiam**.  After having reviewed the briefs and the record, we summarily affirm substantially for the reasons stated in the district court's January 31, 2003 opinion.  Class v. Ranger American Armored Serv., Inc., 245 F. Supp. 2d 370 (D.P.R. 2003).

**Affirmed**.  See Loc. R. 27 (c).